We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).

reviewed the parties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).

■

■

**In the Interest of M.L.D. and C.G.D.**

**Nos. ED 97866, ED 97867.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 16, 2012.

Cindy L. Ries, Louisiana, MO, for appellant.

Mark S. Fisher, Bowling Green, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

In this consolidated appeal, the father, D.L.D., and the mother, K.E.D., challenge the judgment of the Circuit Court of Pike County terminating their parental rights to C.G.D. and M.L.D., ages nine and four at the time of trial, respectively. We have

**Katherine McMENAMY,**
**Claimant/Appellant,**

v.

**SSM HEALTHCARE ST. LOUIS,**
**Employer/Respondent,**

and

**Div. of Employment Security,**
**Respondent.**

**No. ED 97937.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 16, 2012.

Michael R. Hanson, O'Fallon, IL, for appellant.

Larry R. Ruhmann, Jefferson City, MO, T. Christopher Bailey, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.